UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICARDO GOMEZ,<br>　　Plaintiff<br><br>V.<br><br>QUICKEN LOANS, INC.,<br>　　Defendant<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br>　　Respondent | CIVIL ACTION NO. 16-MC-91179-NMG |

### STIPULATION TO TRANSFER CASE

Quicken Loans, Inc. ("Quicken") and Unum Life Insurance Company of America ("Unum Life"), pursuant to Federal Rule of Civil Procedure 45(f), stipulate that this proceeding may be transferred to the United States District Court for the Central District of California for all purposes. The grounds for this stipulation are as follows:

- The underlying litigation which forms the basis of the current proceeding in Massachusetts is pending in the United States District Court for the Central District of California, Civil Action No. 2:12-CV-10456-RGK-GJS.

- Quicken, in connection with its discovery efforts, filed a similar request for relief in the United States District Court of the Southern District of New York against First Unum Life Insurance Company.

- The New York proceeding, with First Unum's consent, has been transferred by the Southern District of New York to the Central District of California. See Exhibit A.

*Treated as a motion to transfer to the United States District Court for the Central District of California and motion allowed. /s/ NMGorton, USDJ 6/15/16*

Practice Areas/LIT/16310/00159/A3315530.DOCX